United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE SALESFORCE.COM, INC.
SECURITIES LITIGATION

Master File No. C 04-03009 JSW

This Document Relates To Case No. 04-3134

**ORDER CLOSING
CONSOLIDATED CASE FOR
STATISTICAL PURPOSES ONLY**

_____/

*Shumacher v. Salesforce.com, Inc., et al.*, 04-3134 JSW, has been consolidated for all further proceedings with *In re Salesforce.com, Inc. Securities Litigation*, 04-3009. As all ongoing matters are being filed in case no. C-04-3009 JSW, there appears to be no reason at this time to maintain the *Shumacher* action as an open file for statistical purposes. Accordingly, said action is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of said action, and should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order has not been entered.

**IT IS SO ORDERED.**

Dated: October 19, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE